JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STAN CHIBASOV, ) | Case No. CV 18-2355 FMO (AFMx) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| BMW OF NORTH AMERICA, LLC, <u>et al</u>., ) | |
| Defendants. ) | |

Pursuant to plaintiff's notice of Acceptance of Defendant's Offer of Judgment (Dkt. 17), IT IS ADJUDGED THAT:

1. Judgment shall be entered in favor of plaintiff Stan Chibasov and against defendant BMW of North America, LLC ("BMW NA");

2. BMW NA shall pay plaintiff the sum of $20,000.00;

3. BMW NA shall pay plaintiff's reasonably incurred attorney's fees and costs. The amount of the fees and costs will be determined by agreement of the parties or by the Court by noticed motion.

4. This action is **dismissed**.

Dated this 9th day of May, 2019.

_____
/s/
Fernando M. Olguin
United States District Judge